JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>THOMAS TURNER,<br><br>　　　　Defendant. | No. CR05-0355JCC<br><br>ORDER ON MOTION FOR WAIVER OF ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 10(b).<br><br>NOTED FOR: May 7, 2007 |

The Court having considered the Motion for Waiver of Arraignment, Waiver of Arraignment, and Declaration of Thomas Turner, and having reviewed the records and files in this case:

NOW, THEREFORE IT IS HEREBY ORDERED that the ends of justice are served by granting the Defendant's Waiver of Arraignment on the Superseding Indictment filed May 3, 2007, pursuant to Fed. R. Crim. P. 10(b). The Defendant may waive arraignment currently scheduled for May 10, 2007 at 9:00 a.m.

ORDERED this 8th day of May, 2007.

*John C. Coughenour*

John C. Coughenour
United States District Court Judge

ORDER ON MOTION FOR WAIVER OF
ARRAIGNMENT - 1