Judge Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR05-355C |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| THOMAS TURNER, ) | |
| ) | |
| Defendant. ) | |

**FINDINGS AND ORDER**

Having considered the Government's motion for approval of notification procedures pursuant to the Justice for All Act (Dkt. No. 92), the Court finds that the United States has proposed a reasonable procedure to give effect to the rights of potential victims, as described in 18 U.S.C. §§ 3771(a) and 3771(d)(2), that does not unduly complicate or prolong these proceedings, and

**IT IS HEREBY ORDERED** that, having notified nearly 16,000 potential victims by U.S. Mail under the applicable provisions of the Justice for All Act of 2004, the United States may satisfy its continuing obligation to inform potential crime victims by maintaining and continually updating the United States Victim Witness Notification System with information about court proceedings in this case.

Seattle, Washington this 24th day of May, 2007.

John C. Coughenour
United States District Judge

ORDER - 1
CR05-355JCC

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970